FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-1388
_____

VICTOR VAUGHAN REED,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

September 15, 2021


PER CURIAM.

AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Victor Vaughan Reed, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.